FILED US District Court-UT
JUL 30 '25 PM03:41

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.

## I. PLAINTIFFS

Anaise Mililani Matagi
Trustee/Fiduciary, ALMT ASSET MANAGEMENT LLC (unincorporated)
c/o 336 East University Parkway, #1151, Orem, Utah 84058

## DEFENDANTS

Scott Whittaker – Director, Utah UCC Office
Brenn Bybee – Orem City Manager
Alissa Leon – Prosecutor, Orem City
Hyrum Miller – Prosecutor, Orem City
Judge Reed Parkin – Fourth Judicial District Court
Kathy Lehrer – Treasury Division Manager

Case: 2:25-cv-00628
Assigned To : Bennett, Jared C.
Assign. Date : 7/30/2025
Description: Matagi v. Whittaker et al

## II. BASIS OF JURISDICTION
3. Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Plaintiff: Citizen of Utah
Defendants: Citizens of Utah (all state officials)

## IV. NATURE OF SUIT
- 890 – Other Statutory Actions
- 950 – Constitutional Law

## V. ORIGIN
- Original Proceeding

## VI. CAUSE OF ACTION
28 U.S.C. § 1361 – Writ of Mandamus compelling ministerial duties
UCC Articles 3 & 9 – Fiduciary and commercial enforcement
Declaratory Relief under 28 U.S.C. § 2201

## VII. REQUESTED IN COMPLAINT
- Mandamus Relief
- Declaratory Judgment
- Administrative Remedy Enforcement
- No jury trial demanded

## VIII. RELATED CASE(S)
Fourth Judicial District Court – Orem (Case No. 235905218)


Signature: /s/ Anaise Mililani Matagi
Date: July 30, 2025


# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

Anaise Mililani Matagi,
Trustee/Fiduciary, ALMT ASSET MANAGEMENT LLC (unincorporated),
Plaintiff and Private Fiduciary,

v.

Scott Whittaker – Director, Utah UCC Office,
Brenn Bybee – Orem City Manager,
Alissa Leon – Prosecutor, Orem City,
Hyrum Miller – Prosecutor, Orem City,
Judge Reed Parkin – Fourth Judicial District Court,
Kathy Lehrer – Treasury Division Manager,
Defendants, in both personal and official capacities.


Case No. ᒪ_____ _
COMPLAINT FOR WRIT OF MANDAMUS
AND DECLARATORY RELIEF


## COMPLAINT FOR MANDAMUS

Plaintiff, Anaise Mililani Matagi, in her private capacity as Trustee and Fiduciary of ALMT ASSET MANAGEMENT LLC (unincorporated) – ALMT LIVING TRUST respectfully submits this Complaint for Writ of Mandamus and Declaratory Relief against the above-named officials for ongoing refusal to execute ministerial duties required by law, administrative obstruction of

perfected UCC filings, and failure to perform obligations under the Uniform Commercial Code, fiduciary trust law, and federal administrative standards.

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1361 (Mandamus), 28 U.S.C. § 1331 (Federal Question), and 28 U.S.C. § 2201 (Declaratory Relief).
2. Venue is proper in this district under 28 U.S.C. § 1391(b), as the events giving rise to this complaint occurred within the State of Utah.

## II. PARTIES

3. Plaintiff is a private individual acting as Trustee and Fiduciary over lawfully perfected estate filings and secured interests, domiciled in Utah County, Utah.
4. Defendants are public officers in state and municipal roles who have refused to carry out lawful duties and obstructed federally protected processes.

## III. STATEMENT OF FACTS

5. Plaintiff submitted a UCC-1 Financing Statement (Work Order No. W20250721-439869) on July 21, 2025, which was improperly denied by Defendant Scott Whittaker without lawful justification.
6. Between July 15–25, 2025, Plaintiff submitted tort claims and supporting affidavits into the Fourth Judicial District Court (Case No. 235905218).
7. On July 30, 2025, Plaintiff perfected her enforcement by filing a UCC-3, Certificate of Default, and Affidavit of Correction into the court and recorder records of both Utah and Pima counties.
8. All named defendants failed to cure, rebut, or acknowledge lawful filings. Their silence constitutes dishonor and administrative default.
9. A Final Notice of Enforcement and Entry of Default was submitted July 30, 2025.

## IV. CLAIM FOR RELIEF – WRIT OF MANDAMUS

10. Plaintiff requests the Court to compel Defendants to perform the following ministerial duties:
    a. Record and accept the Plaintiff's UCC filings per Utah law and UCC Article 9.
    b. Acknowledge default and fiduciary authority over trust-registered property.
    c. Provide full bond, surety, and fiduciary disclosures required under law.
    d. Remove all legal obstacles to Plaintiff's use and claim of property filed into trust.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to issue:
- A Writ of Mandamus compelling Defendants to execute all ministerial, recording, and disclosure obligations;
- A Declaratory Judgment affirming the Plaintiff's perfected standing and trust authority;
- Costs and any such further relief this Court deems just and proper.

Dated: July 30, 2025

/s/ Anaise Mililani Matagi
Anaise Mililani Matagi
Trustee/Fiduciary, ALMT ASSET MANAGEMENT LLC (unincorporated)

U.S. District Court – Central Division
351 S West Temple, Room 1.100
Salt Lake City, Utah 84101

NOTE: This complaint is submitted pursuant to 28 U.S.C. § 1361 for Mandamus jurisdiction over state actors obstructing federally protected rights and filings under the Uniform Commercial Code and fiduciary trust law. The Plaintiff reserves all rights for Tucker Act escalation to the U.S. Court of Federal Claims if this Court fails to provide remedy.

## FINAL NOTICE OF ENFORCEMENT AND ENTRY OF DEFAULT RECORD

IN THE FOURTH JUDICIAL DISTRICT COURT – OREM DEPARTMENT
UTAH COUNTY, STATE OF UTAH

Case No. 235905218

Submitted By:
Anaise Mililani Matagi, Trustee/Fiduciary
ALMT ASSET MANAGEMENT LLC (unincorporated)

c/o 336 East University Parkway, #1151
Orem, Utah 84058

## FINAL NOTICE OF ENFORCEMENT

Comes now Anaise Mililani Matagi, in her private fiduciary capacity, to hereby enter into the public and judicial record the following enforcement update and confirm full lien perfection and administrative default of all named Respondents.

Pursuant to the prior filings entered into this Court under Case No. 235905218, including but not limited to the Tort Claim and Enforcement Demand, Certificate of Default, Affidavits, UCC Work Order W20250721-439869, and Notices served from July 15–25, 2025, this filing now incorporates all perfected documents recorded in the following jurisdictions:

1. STAMPED and filed copies from this Court (Fourth Judicial District Court – Orem)
2. STAMPED recording from Utah County Recorder's Office, confirming lien perfection against properties and personal property located in Utah County
3. CONFIRMATION filing from Pima County Recorder's Office, affirming the trust, jurisdiction, and administrative declarations, including Declaration of Authentication (Sequence No. 20251710537, Page 67)

All materials submitted are lawfully verified, unrebutted, and executed without objection. Respondents are now estopped from rebuttal and have entered into unrebutted commercial default and fiduciary breach.

This filing places this Court on final notice of enforcement and commercial foreclosure action under Uniform Commercial Code §9-601, §3-501, and public trust doctrine. Any refusal to acknowledge or act upon the perfected record constitutes judicial estoppel, obstruction of public trust, and violation of constitutional oath.

## CERTIFICATE OF ENTRY

The undersigned certifies that all documents recorded and filed are now enforceable, perfected, and lawfully executed as of July 30, 2025. Further commercial remedy, foreclosure, and federal escalation shall proceed without further notice.

Respectfully Submitted,

/s/ Anaise Mililani Matagi
Trustee/Fiduciary, ALMT ASSET MANAGEMENT LLC (unincorporated)
July 30, 2025

Declaration of Authentication filed in Pima County Recorder's Office:

Sequence No. 20251710537 | Page 67 | Recorded under fiduciary seal

# FEDERAL NOTICE OF COMMERCIAL DEFAULT AND ENFORCEMENT DEMAND

Date: July 30, 2025

To:
Office of the Inspector General – U.S. Department of the Treasury
Treasury Inspector General for Tax Administration (TIGTA)
Internal Revenue Service Criminal Investigation Division (IRS CID)
U.S. Department of Justice – Office of Inspector General
Social Security Administration – Office of Inspector General

From:
Anaise Mililani Matagi
Trustee/Fiduciary, ALMT ASSET MANAGEMENT LLC (unincorporated)
c/o 336 East University Parkway, #1151
Orem, Utah 84058

RE: FEDERAL NOTICE OF COMMERCIAL DEFAULT, FIDUCIARY OBSTRUCTION, AND DEMAND FOR ADMINISTRATIVE ESCALATION
Subject: UCC Work Order No. W20250721-439869 | Court Case No. 235905218 (Fourth Judicial District Court – Orem)

To the above-named federal authorities:

This letter serves as formal notice of commercial lien perfection, administrative default, and enforcement of fiduciary claims pursuant to the Uniform Commercial Code, the Tucker Act, and administrative trust doctrine.

Between July 15–25, 2025, I lawfully submitted a series of legal and administrative filings into the Fourth Judicial District Court – Orem, State of Utah, to perfect lien rights over property and assets due to fiduciary harm, deprivation of rights, and commercial trespass by public officers.

The Utah UCC Office, under Director Scott Whittaker, refused to record a properly submitted UCC-1 (Work Order No. W20250721-439869) despite full payment and compliance. All public actors, including court officials, prosecutors, and municipal

administrators, failed to rebut or cure following lawful notice. A Certificate of Default was issued and recorded.

I have since recorded the following:
- Stamped UCC-3 Financing Statement (July 30, 2025)
- Certificate of Default and Administrative Dishonor
- Recorded Affidavit of Correction and Enforcement in Utah and Pima County
- Declaration of Authentication (Pima Recorder Sequence No. 20251710537, Pg. 67)
- Judicial filings into Case No. 235905218

All parties are now estopped by default. I hereby demand Treasury-level recognition, oversight, and enforcement of the perfected claims. These liens now attach to the public bonds, salaries, assets, and sureties of the dishonored parties.

Federal administrative enforcement and oversight are required to investigate the obstruction, compel fiduciary disclosure, and ensure immediate remedy.

Enclosed are the full filings and supporting documentation.

Respectfully submitted,
/s/ Anaise Mililani Matagi
Trustee/Fiduciary, ALMT ASSET MANAGEMENT LLC (unincorporated)