UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

Anaise Mililani Matagi, Trustee Fiduciary
ALMT ASSET MANAGEMENT LLC (Unincorporated)
for ALMT LIVING TRUST, Plaintiff,

v.

Scott Whittaker, Utah UCC Office, Defendant.

Case No. 2:25-cv-00628-JCB

FILED
2025 AUG 18
CLERK
U.S. DISTRICT COURT

# EXHIBIT [X] – VIOLATION SUMMARY: SCOTT WHITTAKER (UTAH UCC OFFICE)

Work Order: UCC-1 Initial Financing Statement W20250721-439869

Evidence Attached:
- Exhibit [X-1]: Receipt of Payment, July 21, 2025 ($108).
- Exhibit [X-2]: Rejection Letter, July 22, 2025, signed by Scott Whittaker.

Violation:
- Accepted lawful payment and documentation for UCC-1 lien.
- Refused to record filing, citing it would "harass" Orem court actors.
- Acted outside ministerial duty; obstructed lawful lien perfection.
- Breach of fiduciary duty, dishonor after payment, and constructive fraud.

Harm to Trust:
- Prevented perfection of lien against Judge Reed Parkin and Orem officials.
- Left trust estate unprotected, exposing beneficiaries to continued harm and dishonor.
- Caused financial injury and enforcement delays.

Fee Schedule Application:
- $1,000,000 per day dishonor, effective July 29, 2025 (cure deadline) until UCC-1 is lawfully recorded.
- $500,000 for unlawful rejection after accepting payment.
- Liability extends personally to Scott Whittaker and officially to the Utah UCC Office, including bonds and sureties.

Respectfully submitted,

Dated: August 18, 2025

/s/ Anaise Mililani Matagi

Trustee Fiduciary – ALMT ASSET MANAGEMENT LLC (Unincorporated)

for ALMT LIVING TRUST

# EXHIBIT X 1



**UTAH DEPARTMENT OF COMMERCE**
Division of Corporations and Commercial Code

SPENCER J. COX
*Governor*

DEIDRE M. HENDERSON
*Lieutenant Governor*

MARGARET W. BUSSE
*Executive Director*

ADAM WATSON
*Division Director*

7/22/2025

Anaise- Mililani: Matagi
142 South 20 East
Orem, UT 84058 - 5518, USA

### Rejected UCC Lien Notification

RE: Work Order UCC-1 Initial Financing Statement W20250721-439869

Dear Anaise- Mililani: Matagi ,
We apologize for having to return your document or request for service for the reason(s) indicated below per Utah Uniform Commercial Code 70A-9a-516. Please make the necessary correction(s) and return **ALL ORIGINAL & PROCESSED** document(s).

You will have **THIRTY (30)** days, from potential acceptance date, to re-submit this Return Notice. If correction(s) are not received within the prescribed time a new processing fee will be due.

### PLEASE RETURN THIS NOTICE WITH CORRECTIONS

- **The filing office reasonably believes that the record was caused to be communicated to the filing office with the intent to harass or defraud the person identified as debtor or for another unlawful purpose.**

Thank you,
**Scott Whittaker**
scottwhittaker@utah.gov

## State of Utah Department of Commerce
Division of Corporations and Commercial Code

---

160 E 300 S - PO Box 146705 - Salt Lake City, Utah 84114-6705
PHONE: (801) 530-4849 - FAX: (801) 530-6438
HTTPS://WWW.CORPORATIONS.UTAH.GOV



EXHIBIT X2

Anaise- Mililani: Matagi　　　　　　　　　　　　　　　　　　　　　　　　　　　　July 21, 2025
142 South 20 East
Orem, UT 84058

## Work Order Receipt
## W20250721-439869

**Charges**

| Description | Filing Number | Qty | Price | Amount |
|---|---|---|---|---|
| UCC-1 Initial Financing Statement | | 1 | $108.00 | $108.00 |
| Total | | | | $108.00 |

**Payment Received**

| Type | ICN\Authentication | Amount |
|---|---|---|
| Credit Card | 3399 | $108.00 |
| Total | | $108.00 |