# REQUEST FOR ISSUANCE OF SUMMONS (AO 440)

FILED
2025 AUG 18
CLERK
U.S. DISTRICT COURT

U.S. District Court, District of Utah

Case No. 2:25-cv-00628-DBB-JCB

Plaintiff's Request for Issuance of Summons (AO 440) to Bureau of Fiscal Service

Plaintiff, Anaise Mililani Matagi, Trustee Fiduciary for ALMT ASSET MANAGEMENT LLC (Unincorporated) and ALMT LIVING TRUST, respectfully requests that the Clerk issue a Summons in a Civil Action (AO 440) for the Bureau of Fiscal Service.

Background. On August 17, 2025, Plaintiff filed a Notice of Errata (Doc. 19) correcting the list of agency defendants to include the Bureau of Fiscal Service . Plaintiff already holds the eight other summonses that were issued and is prepared to serve them. The Bureau of Fiscal Service is the only defendant still missing an issued summons.

Request. Plaintiff asks the Clerk to promptly issue one AO 440 summons for the Bureau of Fiscal Service only so that service can be completed under Fed. R. Civ. P. 4(i).

Dated: August 18, 2025

/s/ Anaise Mililani Matagi

Trustee Fiduciary – ALMT ASSET MANAGEMENT LLC (Unincorporated)

for ALMT LIVING TRUST

336 East University Parkway 1151, Orem, Utah 84058 | (385) 236-6761 | ALMT-trust@proton.me

Attachment for reference:

- Doc. 19 – Notice of Errata (filed Aug. 17, 2025)