# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

Case No. 2:25-cv-00628-JCB

Anaise Mililani Matagi, ALMT ASSET MANAGEMENT LLC (Unincorporated), Trustee Fiduciary for ALMT Living Trust,
Plaintiff,

v.

REED PARKIN, ALISSA LEON, HYRUM MILLER, KATHY LEHRER, BRENN BYBEE, and SCOTT WHITTAKER,
Defendants.

## NOTICE OF OREM COURT CLOSURE AND RETALIATORY ACTION

Plaintiff hereby advises the Court of the following developments material to this case:

1. On August 19, 2025, Judge Reed Parkin of the Fourth Judicial District – Orem issued an order declaring that state Case No. 235905218 is closed and that no further filings will be accepted, thereby eliminating any state-level remedy for Plaintiff's claims (Exhibit A).

2. On August 18, 2025, an Orem police officer issued a parking citation against Petilisa Enalose Tilini-Livai (Beneficiary). The cited vehicle has been stationary in front of Plaintiff's residence since 2023 and was previously acknowledged by city crews during roadwork. Plaintiff views this citation as harassment, retaliation, and intimidation linked to the present federal action (Exhibit B).

Plaintiff submits this Notice to place the Court on record regarding the closure of all state-level avenues for relief and the continuation of retaliatory conduct against Plaintiff and trust beneficiaries.

Respectfully submitted,                                    Dated: August 21, 2025

/s/ Anaise Mililani Matagi, Trustee Fiduciary – ALMT ASSET MANAGEMENT LLC (Unincorporated) for ALMT Living Trust - 336 East University Parkway #1151, Orem, Utah 84058 | ALMT-TRUST@proton.me | (385) 236-6761

# EXHIBIT A – Orem Court Closure Order (Case N. 235905218)

The Order of the Court is stated below:
Dated: August 19, 2025 /s/ REED PARKIN
01:42:32 PM Justice Court Judge

FOURTH JUDICIAL DISTRICT - OREM JUSTICE COURT
UTAH COUNTY, STATE OF UTAH

| OREM CITY, | RULING |
|---|---|
| Plaintiff, | CASE CLOSED - COURT NO LONGER ACCEPTING FILINGS ON THIS CASE |
| vs. | Case No: 235905218 |
| LLOYD KALEOOKALANI F MATAGI, | Judge: REED PARKIN |
| Defendant. | Date: August 19, 2025 |

The court notes that the defendant and agents on his behalf have filed multiple filings in this case since the case was closed unsuccessfully on October 15, 2024. This serves as notice to the parties, that since this case is closed, the court will no longer accept filings into this matter. The court has no jurisdiction in closed cases.

End Of Order - Signature at the Top of the First Page

**CERTIFICATE OF NOTIFICATION**

I certify that a copy of the attached document was sent to the following people for case 235905218 by the method and on the date specified.
MYCASE: LLOYD KALEOOKALANI F MATAGI almt-trust@proton.me

Date: 08/19/25        /s/ JODY THENOT
                     Signature

# EXHIBIT B – Parking Violation Citation (August 18, 2025)

