IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANAISE MILILANI MATAGI, Trustee/Fiduciary, ALMT ASSET MANAGEMENT LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT WHITTAKER, Director, Utah UCC Office; et al.,<br><br>Defendants. | ORDER AFFRIMING & ADOPTING REPORT & RECOMMENDATION<br><br>Case No. 2:25-cv-00628-DAK-JCB<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Jared C. Bennett |

  This case was assigned to United States District Court Judge Dale A. Kimball, who then referred the case to United States Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B).  On February 11, 2026, Magistrate Judge Bennett issued a Report and Recommendation [ECF No. 132], recommending that the court grant Defendants' motions to dismiss [ECF Nos. 77, 100, and 113].  Magistrate Judge Bennett also recommends denying Plaintiff's motions seeking judicial notice, entry of default and default judgment, and a temporary restraining order [ECF Nos. 8, 56, and 58].  Finally, the magistrate judge recommends dismissal of claims against federal defendants in this case.

  The Report and Recommendation notified the parties that any objection to the Report and Recommendation must be filed within fourteen days of receiving it.  On February 25, 2026, Plaintiff filed a Response to Order to Show Cause and Notice of Non-Opposition to Dismissal without Prejudice [ECF No. 134] wherein Plaintiff stated she did not oppose dismissal of this action without prejudice.

  A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this

court.  *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b).  The court has reviewed the Report and Recommendation and the record *de novo* and agrees with Magistrate Judge Bennett's recommendation and analysis.  The court adopts and affirms Magistrate Judge Bennett's Report and Recommendation in its entirety as the order of the court.

Accordingly, Defendants' motions to dismiss [ECF Nos. 77, 100, and 113] are hereby GRANTED and Plaintiff's claims against them are dismissed WITHOUT PREJUDICE for lack of subject matter jurisdiction. Further the claims against Defendants Department of Treasury, Internal Revenue Service, Social Security Administration, Securities and Exchange Commission, and Bureau of Fiscal Services are DISMISSED WITHOUT PREJUDICE *sua sponte* based upon Plaintiff's failure to allege waiver of sovereign immunity. Plaintiff's motions seeking judicial notice, entry of default and default judgment, and a temporary restraining order [ECF Nos. 8, 56, and 58] are all DENIED.

DATED this 26th day of February 2026.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge